NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

COREY A. McDOWELL BEY,               )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D17-4764
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____ )

Opinion filed July 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Corey A. McDowell Bey, pro se.

PER CURIAM.

          Affirmed.

NORTHCUTT, KELLY, and VILLANTI, JJ., Concur.